PENNSYLVANIA INSTITUTIONAL HEALTH SERVICES, INC.; Carl A. Hoffman; John Lesniewski; Edward Russek; Paul F. Phillips; Robert Davis; and Dana Powell, Appellants,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS; Raymond Clymer Jr., as Acting Executive Deputy Commissioner, Department of Corrections; Robert A. Bittenbender, Secretary of the Budget; and Gary E. Crowell, Secretary of General Services, Appellees.

Supreme Court of Pennsylvania.

May 16, 1995.

Reargument Denied July 5, 1995.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is hereby affirmed.

MONTEMURO, J., is sitting by designation.

William ASHBY, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

June 26, 1995.

### ORDER

PER CURIAM.

AND NOW, this 26th day of June, 1995, the within appeal is dismissed as moot.

MONTEMURO, J., is sitting by designation.